Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 AUG -8 AM 10: 50

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| Becky L Martin/Buel )<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br><br>Regina Mott<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | Case No. ____18-cv-126-R____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☑ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            *Becky Martin/Buck*
Address         *209 W 17th St # 122*
                *Cheyenne       WY       82001*
                                City        State        Zip Code

County
Telephone Number    *307 220 0992*
E-Mail Address      *appitamyofhell83 @ gmail.com*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                *Regina Mott*
Job or Title *(if known)*   *Reganal manager trojan labor*
Address             *1803 Warren Ave.*
                    *Cheyenne       WY       82001*
                                City        State        Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity        ☐ Official capacity

Defendant No. 2

Name
Job or Title *(if known)*
Address

                                City        State        Zip Code
County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity        ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Creed, Freedom of Religion / health under Employment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

refusel to up date health, inffermation) had
Jo time to fill out my health, insurence working withau
componeee, insurance/naglegents) yelled At by Employee
Who do I Pray to that got me termanated from
                                                                    Trojan

**III.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur? Trojan labor, Red
lion motel Human Resorces

B.     What date and approximate time did the events giving rise to your claim(s) occur?
8:45 Am Carla instagated Religous Affermation
of Who I Prayed to and 11:45 lets Agree
to dis agree/I Wasent sopposed to work
Do to needing to update medical But worked

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Religously discrimanated by employee
Carla of Regina mott yelled at, at work
Who Do I Pray to/I wrote Carla off as
A threat to my 1st Amendment and Riligous
Hypacrite Regina Forced me to work with
Carla or I Was Fiered And Refused to
call Kim at Red lion Human Resorces Had to
Segragate my workplace to work When I
Wasent soppossed to because I was not
covered under needing to renew my
medical threw Regina Mott

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I couldn't have Medical for counsoling do to regina Refusing me to do my medical online over 3 times on line

Personal inJery do to buisness    acting like a Religoase organizaton under Threat of Being Fired (indifrentce) of my (intergative) ways of unexceptable conflict of intrest of work/Religion Pointing Fingures under deress I had to be segragated (I cryed) in a motelRoom got deppressed by oppression of wrogful Affermations on ra Jobsite don't want to work no more Do to Regina neglecting me by health standards of care + Placing me in an unfair workplace Bias + Prejidice

## V.    Relief    To me in my workplace, Forcing Me By wrongful termsnate anortion

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Chris lovetts Job to!!!

Replace my/wrongful termanation and Fire Reging mott and (Placing me in harmsway could have Resulted in fatality) on Jobsite

$ 500,000 in Relief of Prejidice + hate loss wages + Equality of Employment + intent under Health to neglect and (naglegen infliction of Emotional duress) of State standards of care under the wyoming standards of care  act + Health /Religion Equality act And Fair work equility under the Vocational Reabilatation act 1974 under civil Rights act 1964 title VII section 1983 under civil Assalt of an EMPloyee

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff    *Becky L Buck / Martin*

Printed Name of Plaintiff    *Beckay L Back / martin*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| City | State | Zip Code |
|---|---|---|

Telephone Number

E-mail Address